

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★                           ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00370-CV

**IN RE** Carlos **GUTIERREZ ARCE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebecca Simmons, Justice

Delivered and Filed: June 16, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 12, 2010, relator Carlos Gutierrez Arce filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* request for production of a trial transcript and statement of facts.

The record indicates relator's request was filed with the trial court on January 27, 2010. Relator acknowledges that he received correspondence from the clerk that he will be provided a copy of the requested documents upon relator's full payment of the costs of the copies. Accordingly, relator's petition for writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 04-09-00132-CV-K-A, in the 218th Judicial District Court, Karnes County, Texas, the Honorable Stella Saxon presiding. However, relator lists the Honorable Ron Carr, Visiting Judge, as the respondent.